FILED'08 SEP 02 09:49USDC-ORE

RECV'D'08 SEP 02 09:49USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTONIO REYES VASQUEZ,

        Petitioner,        Civil No. 08-698-HO

        v.        ORDER

BRIAN BELLEQUE,

        Respondent.

HOGAN, District Judge.

    Petitioner's Motion for voluntary dismissal with prejudice (#13) is allowed. Petitioner's Petition (#1) is denied. This proceeding is dismissed with prejudice.

    DATED this 2nd day of SEPT., 2008.

                      Michael R. Hogan
                      United States District Judge

1 - ORDER